| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | GREGORY S. GILCHRIST (Bar # 111536) |
| 2 | GIA L. CINCONE (Bar # 141668) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  gsgilchrist@townsend.com, glcincone@townsend.com |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. C 07-1014 CW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED** |
| v. | |
| MARAN, INC., | CMC DATE:  June 1, 2007 |
| Defendant. | CMC TIME:  1:30 p.m. |

   The parties in the above-entitled action jointly submit this stipulated request to continue the Case Management Conference currently set for June 1, 2007, for four weeks until June 29, 2007, in order to allow the parties to continue and finalize their settlement negotiations.

   The parties have already agreed on settlement terms, and are in the final stages of reducing those terms to writing.  The parties expect that process to be completed shortly.  Accordingly, the parties believe it would be efficient for both them and the Court to continue the Case Management Conference.

///

///

///

///

///

1 | Gia Cincone received authority from Robert Mulligan, out of state counsel for Maran, Inc., to attach his electronic signature to this pleading.

DATED: May 31, 2007     TOWNSEND AND TOWNSEND AND CREW LLP

By:     /s/ Gia L. Cincone
         Gia L. Cincone
Attorneys for Plaintiff LEVI STRAUSS & CO.

DATED: May 31, 2007     ROBERT L. MULLIGAN, ESQ.

     /s/ Robert L. Mulligan

Attorney for Defendant MARAN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JUNE 26, 2007, AT 2:00 P.M.**

Dated: 6/5/07

Hon. Claudia Wilken
United States District Judge

61066434 v1