1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: gsgilchrist@townsend.com;
5  glcincone@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11 | LEVI STRAUSS & CO.,                | Case No. C 07-1014 CW
12 |          Plaintiff,                | **STIPULATION AND ORDER**
   |                                    | **CONTINUING CASE MANAGEMENT**
13 |    v.                              | **CONFERENCE AS MODIFIED**
14 | MARAN, INC.,                       | CMC DATE:  June 26, 2007
   |                                    | CMC TIME:   2:00 p.m.
15 |          Defendant.                |

16

17     The parties in the above-entitled action jointly submit this stipulated request to continue the
18 Case Management Conference currently set for June 26, 2007, for two weeks until July 10, 2007, in
19 order to allow the parties to continue and finalize their settlement negotiations.
20     The parties have already agreed on settlement terms, and are in the final stages of reducing
21 those terms to writing.  The parties expect that process to be completed shortly.  Accordingly, the
22 parties believe it would be efficient for both them and the Court to continue the Case Management
23 Conference.
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER          - 1 -          *Levi Strauss & Co. v. Maran, Inc.*
CONTINUING CMC                                            Case No. C 07-1014 CW

1 | Gia Cincone received authority from Robert Mulligan, out of state counsel for Maran, Inc., to attach his electronic signature to this pleading.

DATED: June 25, 2007          TOWNSEND AND TOWNSEND AND CREW LLP

                              By:    /s/ Gia L. Cincone
                                         Gia L. Cincone
                              Attorneys for Plaintiff LEVI STRAUSS & CO.

DATED: June 25, 2007          ROBERT L. MULLIGAN, ESQ.

                                     /s/ Robert L. Mulligan
                              Attorney for Defendant MARAN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JULY 24, 2007, AT 2:00 P.M.**

Dated:  6/26/07               _____
                              Hon. Claudia Wilken
                              United States District Judge

61085478 v1